## Madison Maginn, Appellee, v. Joseph Levy, Appellant.

### Gen. No. 23,514.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 14, 1918.

### Statement of the Case.

Action by Madison Maginn, plaintiff, against Joseph Levy, defendant, to recover upon a contract for the installation of a ventilating system in defendant's premises. From a judgment for plaintiff, defendant appeals.

ELA, GROVER & MARCH, for appellant; CHARLES C. BOMBAUGH and MORTIMER C. GROVER, of counsel.

CHARLES C. SPENCER, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. PLEADING, § 395*—*what is effect of verified plea of non est factum.* In an action upon a written contract, a verified plea of *non est factum* denying the execution of the instrument places upon the plaintiff the burden of proving its due execution as at common law.

2. CONTRACTS, § 385*—*when execution of contract not shown.* In an action upon a written contract where defendant interposed a verified plea of *non est factum*, evidence *held* insufficient to sustain plaintiff's burden of proving the execution by defendant of the instrument sued on.